

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marquise Brooks, Appellant

No. 06-13-00088-CR        v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 3 of Tarrant County, Texas (Tr. Ct. No. 1226690D). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Marquise Brooks, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 2, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk